UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SE TECHNOLOGIES, INC.,**

    Plaintiff/Counter-Defendant,

v.                                                                                                  CIV No. 00-1511 LH/LFG ACE

**SUMMIT ELECTRIC SUPPLY
COMPANY, INC.,**

    Defendant/Counter-Claimant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on SE's Motion in Limine to Exclude Cumulative Expert Testimony (Docket No. 124) and on a motion filed by SE Technologies, Inc.[1], having to do with eliciting testimony or presenting evidence from unnamed witnesses (Docket No. 58). The motion dealing with cumulative testimony was discussed at the pre-trial conference on March 7, 2002, and for the reasons and to the extent discussed on the record, shall be **granted**. At the pre-trial conference, counsel advised the Court that the second motion, having to do with

---

[1] The full title of this motion is unduly lengthy and cumbersome: "SE Technologies, Inc.'s Motion in Limine to Preclude Summit Electric Supply Co., Inc. from Eliciting Testimony or Presenting Evidence from Unnamed Witnesses Related to Baan Implementations at Companies Other than Summit."

unnamed witnesses, is moot.  Accordingly, it shall be **denied**.

    **IT IS SO ORDERED.**

                                                                        _____
                                                                        **UNITED STATES DISTRICT JUDGE**